Approved.
IT IS SO ORDERED.

*s/ James R. Knepp II*
U.S. District Judge

Feb 12 2025

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| ADAM BESSO, | : | Case No. 3:24-cv-00688-JRK |
| on behalf of himself and all others similarly situated, | : | Judge James R. Knepp II |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | | |
| | : | |
| GREAT LAKES HOME REMODELING, LLC, | : | |
| Defendant. | : | |

**STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Adam Besso ("Plaintiff") and Defendant Great Lakes Home Remodeling, LLC ("Defendant") hereby stipulate and agree to the voluntary dismissal of Plaintiff's individual claims against Defendant with prejudice.  The claims of the putative class are dismissed without prejudice. Each party shall bear its own fees and costs

Respectfully submitted:

*/s/ Lisa Messner*
Lisa Messner (OH Bar #0074034)
Mac Murray & Shuster, LLP
6525 West Campus Oval, Suite 210
New Albany, Ohio 43054
614-939-9955, 614-939-9954 - fax
lmessner@mslawgroup.com

*Counsel for Defendant,
Great Lakes Home Remodeling, LLC*

1

/s/Max S. Morgan
Max S. Morgan
THE WEITZ FIRM, LLC
1515 Market Street, # 1100
Philadelphia, PA 19102
Telephone: (267) 587-6240
Fax: (215) 689-0875
max.morgan@theweitzfirm.com

*Counsel for Plaintiff and the putative class*